The judgment is reversed, and the cause remanded.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.

ROGERS v. STATE.
No. 16627.

Court of Criminal Appeals of Texas.
April 18, 1934.

A. R. Eidson, of Hamilton, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, Judge.

Conviction is for the sale of intoxicating liquor, punishment being assessed at one year in the penitentiary.

The indictment is in proper form. No statement of facts or bills of exception are found in the record. In this condition nothing is presented for review.

The judgment is affirmed.